UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LOUIS B. DURACHER, JR.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 06-9526** |
| **ALLSTATE INSURANCE CO.** | **SECTION: "K"(4)** |

## ORDER

L.R. 7.5E of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed **and** a copy be delivered to chambers eight days prior to the date set for hearing of the motion. No memorandum in opposition to the Motion to Remand (Rec.Doc.No. 3) set for hearing on December 13, 2006, has been timely submitted.

Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED** and all Defendants named herein are

1

**DISMISSED**.

New Orleans, Louisiana, on this 29th day of January, 2007.

_____
**STANWOOD R. DUVAL, JR.**
**UNITED STATES DISTRICT COURT JUDGE**